JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAY 31 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel |
|---|---|

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

NEW YORK NORTHERN
NYN 1  05-408        The County of Washington v. Abbott Laboratories, Inc., et al.
NYN 1  05-422        County of Rensselaer v. Abbott Laboratories, Inc., et al.
NYN 1  05-425        County of Albany v. Abbott Laboratories, Inc., et al.
NYN 1  05-468        County of Warren v. Abbott Laboratories, Inc., et al.
NYN 1  05-474        County of Greene v. Abbott Laboratories, Inc., et al.
NYN 1  05-478        County of Saratoga v. Abbott Laboratories, Inc., et al.
NYN 3  05-354        County of Chenango v. Abbott Laboratories, Inc., et al.
NYN 3  05-456        The County of Broome v. Abbott Laboratories, Inc., et al.
NYN 5  05-397        County of Tompkins v. Abbott Laboratories, Inc., et al.
NYN 5  05-423        County of Cayuga v. Abbott Laboratories, Inc., et al.
NYN 6  05-415        County of Herkimer, New York v. Abbott Laboratories, Inc., et al.
NYN 6  05-489        County of Oneida v. Abbott Laboratories, Inc., et al.
NYN 7  05-479        County of Saint Lawrence v. Abbott Laboratories, Inc., et al.

NEW YORK WESTERN
NYW 1  05-214        County of Chautauqua v. Abbott of Laboratories, Inc., et al.
NYW 1  05-236        County of Allegany v. Abbott Laboratories, Inc., et al.
NYW 1  05-256        County of Cattaraugus v. Abbott Laboratories, Inc., et al.
~~NYW 1  05-259~~        ~~County of Erie v. Abbott Laboratories, Inc., et al.~~  Opposed 5/24/05
NYW 6  05-6138       County of Wayne v. Abbott Laboratories, et al.
NYW 6  05-6148       County of Monroe v. Abbott Laboratories, Inc., et al.
NYW 6  05-6172       County of Yates v. Abbott Laboratories, Inc., et al.

Case 1:05-cv-11188-PBS   Document 6-2   Filed 06/07/2005   Page 1 of 9

# U.S. District Court
## Northern District of New York [LIVE - Version 2.4] (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:05-cv-00397-GLS-GJD

County of Tompkins v. Abbott Laboratories, Inc. et al
Assigned to: Judge Gary L. Sharpe
Referred to: Magistrate Judge Gustave J. DiBianco
Cause: 42:1396 - Tort Negligence

Date Filed: 03/31/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Tompkins**       represented by   **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Amgen, Inc.

**Defendant**

Andrx Corp.

**Defendant**

Astrazeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals, Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter International, Inc.

**Defendant**

Baxter Healthcare Corporation

**Defendant**

Bayer Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

Boehringer Ingelheim Corp.

**Defendant**

Boehringer Ingelheim Pharmaceuticals, Inc.

**Defendant**

Bristol-Meyers Squibb Company

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Dey, Inc.

**Defendant**

Eisai, Inc.

**Defendant**

Eli Lilly and Company

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

Ethex Corp.

**Defendant**

Forest Laboratories, Inc.

**Defendant**

Forest Pharmaceuticals, Inc.

**Defendant**

Fujisawa Healthcare, Inc.

**Defendant**

Fujisawa USA, Inc.

**Defendant**

Genentech, Inc.

**Defendant**

Genzyme Corp.

**Defendant**

Gilead Sciences, Inc.

**Defendant**

Glaxosmithkline, P.L.C.

**Defendant**

Greenstone, Ltd.

**Defendant**

Hoffman-La Roche, Inc.

**Defendant**

Immunex Corp.

**Defendant**

Ivax Corp.

**Defendant**

Ivax Pharmaceuticals, Inc.

**Defendant**

Janssen Pharmaceutica Products, LP

**Defendant**

Johnson & Johnson

**Defendant**

King Pharmaceuticals, Inc.

**Defendant**

McNeil-PPC, Inc.

**Defendant**

Medimmune, Inc.

**Defendant**

Merck & Co., Inc.

**Defendant**

Monarch Pharmaceuticals, Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Mylan Pharmaceuticals, Inc.

**Defendant**

Novartis Pharmaceuticals Corp.

**Defendant**

Novo Nordisk Pharmaceuticals, Inc.

**Defendant**

Oncology Therapeutics Network Corp.

**Defendant**

Organon Pharmaceuticals USA, Inc.

**Defendant**

Ortho Biotech Products LP

**Defendant**

Ortho-McNeil Pharmaceutical, Inc.

**Defendant**

Par Pharmaceutical, Inc.

**Defendant**

Pfizer, Inc.

**Defendant**

Pharmacia Corp.

**Defendant**

Purdue Pharma, L.P.

**Defendant**

Purepac Pharmaceutical Co.

**Defendant**

Reliant Pharmaceuticals

**Defendant**

Roche Laboratories, Inc.

**Defendant**

Roxane Laboratories, Inc.

**Defendant**

Sandoz, Inc.

**Defendant**

Sanofi-Synthelabo, Inc.

**Defendant**

Schering Corp.

**Defendant**

Schering-Plough Corp.

**Defendant**

Serono, Inc.

**Defendant**

Smithklinebeecham Corp.
*doing business as*
Glaxosmithkline

**Defendant**

Takeda Pharmaceuticals North America, Inc.

**Defendant**

Tap Pharmaceutical Products, Inc.

**Defendant**

Teva Pharmaceutical USA, Inc.

**Defendant**

UCB Pharma, Inc.

**Defendant**

UDL Laboratories, Inc.

**Defendant**

Warrick Pharmaceuticals Corp.

**Defendant**

Watson Pharmaceuticals, Inc.

**Defendant**

Watson Pharma, Inc.

**Defendant**

Wyeth

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2005 | 1 | COMPLAINT against Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Baxter International, Inc., Baxter Healthcare Corporation, Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Abbott Laboratories, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Agouron Pharmaceuticals, Inc., Warrick Pharmaceuticals Corp., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc. ( Filing fee $ 250 receipt number ALB000649) filed by County of Tompkins. (Attachments: # 1 Exhibit(s) Page 35-74# 2 Exhibit(s) Page 75-114# 3 Exhibit(s) Page 115-136# 4 Exhibit(s) A part 1# 5 Exhibit(s) A part 2# (6) Exhibit(s) A part 3# 7 Exhibit(s) A part 4# 8 Exhibit(s) A part 5# 9 Exhibit(s) B# (10) Exhibit(s) C# 11 Exhibit(s) D# 12 Exhibit(s) E)(ban) Additional attachment(s) added on 4/28/2005 (jel, ). Additional attachment(s) added on 4/28/2005 (jel, ). Additional attachment(s) added on 4/28/2005 (jel, ). (Entered: 03/31/2005) |
| 03/31/2005 | | Summons Issued as to Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr |

| | | |
|---|---|---|
| | | Laboratories, Inc., Baxter International, Inc., Baxter Healthcare Corporation, Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Abbott Laboratories, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Agouron Pharmaceuticals, Inc., Warrick Pharmaceuticals Corp., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc.. (ban) (Entered: 04/01/2005) |
| 03/31/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/3/2005 02:30 PM in Syracuse before Magistrate Judge Gustave J. DiBianco. Civil Case Management Plan due by 7/25/2005. (ban) (Entered: 04/01/2005) |
| 04/28/2005 | | CLERK'S CORRECTION OF DOCKET ENTRY - Exhibit A Part 3 and Exhibit C to the 1 complaint were corrupted. Exhibits have been rescanned and properly uploaded. (jel, ) (Entered: 04/28/2005) |
| 05/03/2005 | 3 | Letter from Aaron Hovan, outside counsel for County of Tompkins requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/03/2005) |
| 05/04/2005 | 4 | ORDER : granting the # 3 Letter Request filed by County of Tompkins. The Clerk terminated the Rule 16 conference and the civil case management plan deadlines. Status Report deadline set for 12/15/2005. Signed by Judge Gustave J. DiBianco on 5/4/05. (jmb) (Entered: 05/05/2005) |
| 05/19/2005 | 5 | NOTICE advising of Conditional Transfer. (alh) (Entered: 05/19/2005) |

## PACER Service Center
### Transaction Receipt

06/07/2005 15:59:21

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:05-cv-00397-GLS-GJD |
| Billable Pages: | 4 | Cost: | 0.32 |